Before the Third Division, October 28, 1940

No. 44628.—Protest 990752–G of Accordiana, Inc. (New York).

Opinion by Cline, J. No evidence was offered in support of the claims made. The protest was therefore overruled.

No. 44629.—Protests 927015–G, etc., of Premier Dental Products Co. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel certain items were held dutiable at 20 percent under 205 (d) and others at only 10 percent under the same paragraph and 'T. D. 49752. *Premier Dental Products* v. *United States* (28 C. C. P. A.—, C. A. D. 123) followed.

No. 44630.—Protest 818405–G of A. L. Tuska Son & Co. (Philadelphia).

Opinion by Keefe, J. It was stipulated that the merchandise consists of Rockingham earthenware the same as that the subject of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was therefore sustained.

No. 44631.—Protests 800960–G, etc., of A. L. Tuska Son & Co. (New York).

Opinion by Keefe, J. It was stipulated that the merchandise consists of Rockingham earthenware the same as that the subject of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was therefore sustained.

No. 44632.—Protests 4803–K, etc., of Frank A. Blum et al. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.